**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **HORACE STEPHENS**        :        Chapter 13
:
:
:
:
Debtor(s)        :        Bankruptcy No. 25-10401 AMC

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on May 14, 2025. Docket entry #14, #15 and cancel the hearing scheduled for 7/1/2025 at 10:00 AM.

Respectfully submitted,

/s/ Kenneth E. West, Esq

May 16, 2025

Kenneth E. West
Chapter 13 Standing Trustee