# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **HORACE STEPHENS** | : | |
| | : | BANKRUPTCY NO. **25-10401 AMC** |
| Debtor (s) | | |

## P R A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 7/1/2025 At 10:00 AM. before the Hon. Ashely M. Chan.

                                                             Respectfully submitted,

Date: May 193, 2025                    /s/Jack K. Miller, Esquire for
                                                   Kenneth E. West, Esquire
                                                   Chapter 13 Standing Trustee
                                                   190 N. Independence Mall West
                                                   Suite 701
                                                   Philadelphia, PA 19106