## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                  :
                                       :        Chapter 13
                                       :
        HORACE STEPHENS,               :
                                       :
                                       :        Case No. 25-10401 (AMC)
                            Debtor.    :
-------------------------------------------------x
```

## THE CITY OF PHILADELPHIA'S
## OBJECTION TO THE PROPOSED CHAPTER 13 PLAN

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.      On January 30, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2.      On July 8, 2025,  the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax  for which the Debtor was obligated to file returns but has failed to do so (the "Claim").  A true and correct copy of the claim is attached hereto as **Exhibit A**.

3.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5.      As of August 25, 2025, the Debtor failed to file the following required tax returns with the City of Philadelphia:

**Business Income and Receipts Tax** return for the periods:   12/31/2023 & 12/31/2024

**Net Profits Tax** return for the periods:   12/31/2023 & 12/31/2024

6.      The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. <u>See</u> 11 U.S.C. § 1308(a).

7.      A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. <u>See</u> 11 U.S.C. § 1322(a)(2).

8.      The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. <u>See</u> 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 26, 2025              By:     <u>/s/ Megan N. Harper</u>
                                            MEGAN N. HARPER
                                            Divisional Deputy City Solicitor
                                            PA Attorney I.D. 81669
                                            Attorney for the City of Philadelphia
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            Email: <u>Megan.Harper@phila.gov</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
------------------------------------------------------x
In re                                    :
                                         :           Chapter 13
                                         :
        HORACE STEPHENS,                 :
                                         :
                                         :           Case No. 25-10401 (AMC)
                            Debtor.      :
------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Megan N. Harper, Divisional Deputy City Solicitor hereby certify that on August 26, 2025, a copy of the Objection to the Purposed Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice:

Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
KENNETH E. WEST
190 N. Independence Mall West –Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

Debtor's Counsel of Record:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street – Suite 900
Philadelphia, PA 19102

Via USPS Mail Delivery:
Horace Stephens
155 E Godfrey Ave., Apt F-606
Philadelphia, PA 19120-4736

THE CITY OF PHILADELPHIA

Dated: August 26, 2025        By:     _/s/ Megan N. Harper_____
                                      MEGAN N. HARPER
                                      Divisional Deputy City Solicitor
                                      PA Attorney I.D. 81669