United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Horace Stephens

    Debtor

Case No. 25-10401-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Apr 08, 2026

User: admin

Form ID: pdf900

Page 1 of 3

Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Horace Stephens, 155 E Godfrey Ave Apt F606, Philadelphia, PA 19120-4736 |
| 14987472 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |
| 14973793 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14973796 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14973798 | + | Tacony Crossing 2021 LLC, PO Box 958, Lakewood, NJ 08701-0958 |
| 14973801 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 09 2026 00:36:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| 14973776 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 09 2026 00:42:36 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14974636 | + | Email/Text: bkfilings@zwickerpc.com | Apr 09 2026 00:36:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14984882 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 00:42:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14974234 | + | Email/Text: bkfilings@zwickerpc.com | Apr 09 2026 00:36:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14973777 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 00:42:54 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 14973778 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 00:42:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14973779 | + | Email/Text: kwalters@autotrakk.com | Apr 09 2026 00:36:00 | Auto Trakk LLC, Attn: Bankruptcy Department Attn: Bankru, 1500 Sycamore Rd. , Ste. 200, Montoursville, PA 17754-9416 |
| 14973780 | | Email/Text: bk@avant.com | Apr 09 2026 00:36:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 08, 2026 | Form ID: pdf900 | Total Noticed: 43

| 15043569 | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | City of Philadelphia, C/O Megan N. Harper, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14973784 | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15027028 | Email/Text: megan.harper@phila.gov | Apr 09 2026 00:36:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14989369 | + Email/Text: peritus@ebn.phinsolutions.com | Apr 09 2026 00:36:00 | Car Capital- C/O Peritus Portfolio Svcs II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 14973781 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2026 00:42:52 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14973782 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 00:42:36 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14973783 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2026 01:02:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14973785 | Email/Text: bankruptcy@philapark.org | Apr 09 2026 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14973786 | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2026 00:42:44 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14973787 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 00:42:35 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14973788 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 00:42:35 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14973789 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 09 2026 00:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14973790 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2026 00:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14980063 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 09 2026 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14973791 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2026 00:42:43 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14973792 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 00:42:43 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14988098 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 00:42:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14973794 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14974688 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14973795 | ^ MEBN | Apr 09 2026 00:28:49 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14973797 | Email/Text: bankruptcy@philapark.org | Apr 09 2026 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14994765 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 00:42:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0313-2                            User: admin                            Page 3 of 3

Date Rcvd: Apr 08, 2026                         Form ID: pdf900                        Total Noticed: 43

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 29603-0587 |
| 14973799 | Email/Text: bankruptcydepartment@tsico.com | Apr 09 2026 00:36:00 | Transworld, ATTN Bankruptcy, TRANSWORLD SYSTEMS INC. PO BOX 15130, WILMINGTON, DE 19850-5130 |
| 14973800 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2026 00:35:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14973802 | ^ MEBN | Apr 09 2026 00:28:35 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 14973803 | Email/Text: bkfilings@zwickerpc.com | Apr 09 2026 00:36:00 | Zwicker & Associates, P.C., Attn: Bankruptcy, 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Horace Stephens help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        **Chapter 13**

    **Horace Stephens,**


         **Debtor.**                    :        **25-10401-AMC**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Amended Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either:**

   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: April 8, 2026

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**