United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Horace Stephens,

        Debtor.

Case No. 25-10401

Chapter 13

### Certificate of Service

    I, Michael A. Cibik, certify that on April 13, 2026, I did cause a true and correct copy of the Application for Compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Horace Stephens (First Class Mail)
155 E Godfrey Ave
Apt F606
Philadelphia, PA 19120-4736

Date: April 13, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com